# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Roderick Washington

**V.**                                    **JUDGMENT IN A CIVIL CASE**

Rosie Garcia, et al

CASE NUMBER:   06cv2673 BEN(JMA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court dismisses this action pursuant to 28USC1914(a) for failure to prepay the $350.00 filing fee, and notes that Plaintiff may no longer proceed Informa Pauperis in any Federal District or Appellate Court pursuant to 28USC1915(a) while he is incarcerated unless he is in "imminent danger of serious physical injury." See28usc1915(g). Further, this Court certifies that any Informa Pauperis Appeal from this order would not be taken in good faith pursuant to28USC1915(a)3) ................................................................

| January 18, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

J. Hathaway
(By) Deputy Clerk

ENTERED ON January 18, 2007

06cv2673 BEN(JMA)